No. 95–1475. WINSTON & STRAWN v. HYATT REGENCY PHOENIX HOTEL CO. ET AL. Ct. App. Ariz. Certiorari denied.

No. 95–1482. MATA v. FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1585. COLVARD v. FULTON-DEKALB HOSPITAL AUTHORITY. C. A. 11th Cir. Certiorari denied.

No. 95–1602. IDAHO v. STUART. Sup. Ct. Idaho. Certiorari denied.

No. 95–1638. LIBMAN CO. v. VINING INDUSTRIES, INC. C. A. 7th Cir. Certiorari denied.

No. 95–1640. ANDERSON v. SHARMA ET AL. (two judgments). Sup. Ct. Va. Certiorari denied.

No. 95–1668. MOORE v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 569 ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1689. BASS v. NEVADA BOARD OF MEDICAL EXAMINERS ET AL. Sup. Ct. Nev. Certiorari denied.

No. 95–1715. BRASSEUR v. EMPIRE TRAVEL SERVICE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1722. RIOS v. LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–1724. JACOB v. METROLASER, INC., ET AL. Ct. App. N. M. Certiorari denied.

No. 95–1754. BAILEY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1775. PAGAN-SAN-MIGUEL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.